*Robert Blackman,* appellant, in propria persona.

*Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM, March 15, 1968:
Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.

Lanard & Axilbund, Inc. *v.* Knopman, Appellant.

Argued January 10, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Jack Brian,* with him *Richard, Brian & DiSanti,* for appellant.

*Allen J. Levin,* with him *Goodis, Greenfield, Narin and Mann,* for appellee.

OPINION PER CURIAM, March 15, 1968:
Judgment affirmed.

Commonwealth ex rel. Lowry, Appellant, *v.*
Case.

Argued January 15, 1968. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Anthony A. Mandio,* with him *Robert J. Hastings,* for appellant.

*John J. Collins,* Assistant District Attorney, with him *Ward F. Clark,* District Attorney, for appellee.

OPINION PER CURIAM, March 15, 1968:
Order affirmed.